**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CIVIL ACTION NO. 12-1256** |
| | **JUDGE MARTIN L.C. FELDMAN** |
| **RON WILSON,** | |
| **LaRHONDA WILSON,** | **SECTION "F"** |
| **DEBTORS.** | **MAG.: JOSEPH C. WILKINSON, JR.** |
| | **BANKRUPTCY CASE NO. 07-11862** |
| | **CHAPTER 13** |

## UNITED STATES TRUSTEE'S NOTICE TO DISTRICT COURT

On July 25, 2012, this Court issued its "Order and Reasons" ("Order") granting the

motion of Lender Processing Services, Inc. ("LPS") to withdraw the reference from the United

States Bankruptcy Court with respect to "proceedings related to" the United States Trustee's

Motion for Sanctions against LPS. The Order included footnote 1 in which the Court raised the

question of how the parties wish to proceed.[1] In response, the United States Trustee provides the

following notice.

As we noted in our opposition to LPS's motion to withdraw the reference, Op. at 10, the

United States Trustee seeks only compensatory relief for the cost of ferreting out LPS's abusive

conduct. Based upon the Order, it appears that the Court might view the Referral from the

Bankruptcy Court as the basis to institute a different action, one for criminal contempt. The

United States Trustee does not, at this juncture, seek such relief. In so saying, he does not waive

the United States' right to pursue a criminal contempt action if such were deemed appropriate.

---

[1] The footnote read as follows: "It is unclear to the Court what relief the parties seek once the
reference is withdrawn."

The United States Trustee is currently evaluating whether he intends to continue to pursue his compensatory motion, and requests a period of sixty (60) days in which to inform this Court of his decision.

Respectfully submitted,

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

*/s/ Sean M. Haynes*
SEAN M. HAYNES (TN # 14881)
LR 11.2 Trial Attorney
Admitted *pro hac vice*
Office of United States Trustee
United States Department of Justice
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
Telephone no. (901) 544-3251
Direct telephone no. (901) 544-3486
Facsimile no. (901) 544-4138

*/s/ Joan S. Swyers*
JOAN S. SWYERS (licensed by Maryland)
Trial Attorney
Admitted *pro hac vice*
United States Department of Justice
Executive Office for United States Trustees
20 Massachusetts Avenue, N.W., Eighth Floor
Washington, D.C.  20530
Telephone no. (202) 305-8745

*/s/ Amanda B. George*
AMANDA B. GEORGE (31642)
Trial Attorney
Office of the United States Trustee
United States Department of Justice
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Direct telephone no. (504) 589-4093
Facsimile no. (504) 589-4096