# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION NO. 12-1256 |
| | JUDGE MARTIN L.C. FELDMAN |
| RON WILSON, | |
| LaRHONDA WILSON, | SECTION: "F" |
| | |
| DEBTORS. | MAG.: JOSEPH C. WILKINSON, JR. |
| | |
| | BANKRUPTCY CASE NO. 07-11862 |
| | CHAPTER 13 |

### UNITED STATES TRUSTEE'S NOTICE TO DISTRICT COURT

In accordance with the Notice filed by the United States Trustee ("UST") on September 5, 2012, we now inform the Court of how the UST intends to proceed.

After careful consideration of the available options, the UST intends that it will seek compensatory damages in the form of attorney fees and costs and will file a motion to that effect within 75 days, or by such other time as the Court may direct.

Respectfully submitted,

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: SEAN M. HAYNES (TN # 14881)
LR 11.2 Trial Attorney
Admitted *pro hac vice*
Office of the United States Trustee
United States Department of Justice
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
Telephone no. (901) 544-3251
Direct telephone no. (901) 544-3486
Facsimile no. (901) 544-4138

1

JOAN S. SWYERS (licensed by Maryland)
Trial Attorney
Admitted *pro hac vice*
United States Department of Justice
Executive Office for United States Trustees
20 Massachusetts Avenue, N.W., Eighth Floor
Washington, D.C. 20530
Telephone no. (202) 305-8745

 *s/  Mary Langston*
MARY LANGSTON (Bar roll #22818)
Assistant United States Trustee
Office of the United States Trustee
United States Department of Justice
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Facsimile no. (504) 589-4096