# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>RON WILSON,<br>LaRHONDA WILSON,<br><br>DEBTORS. | CIVIL ACTION NO. 12-1256<br>JUDGE MARTIN L.C. FELDMAN<br><br>SECTION "F"<br><br>MAG.: JOSEPH C. WILKINSON, JR.<br><br>BANKRUPTCY CASE NO. 07-11682<br>CHAPTER 13 |

## UNITED STATES TRUSTEE'S NOTICE TO DISTRICT COURT

On December 12, 2012, the United States Trustee ("UST") submitted a notice stating that he intended to seek compensatory damages in the form of attorney fees and costs by filing a motion on or before January 22, 2013. Since filing that notice, the UST has communicated with Lender Processing Services ("LPS") about achieving a final resolution to the above-captioned litigation by agreement. This process has not been concluded, and LPS has not indicated any opposition to the UST forbearing from filing a fee application for a period of 28 days while the parties continue to explore resolution. Therefore, the UST provides this notice to the Court that, in the event the parties do not reach a final resolution by agreement, the UST will seek compensatory damages in the form of attorney fees and costs by filing a motion within 28 days or by such other time as the Court may direct.

                                      Respectfully submitted,

                                      HENRY G. HOBBS, JR.
                                      Acting United States Trustee
                                      Region 5, Judicial Districts of
                                      Louisiana and Mississippi

By: SEAN M. HAYNES (TN # 14881)
LR 11.2 Trial Attorney
Admitted *pro hac vice*
Office of the United States Trustee
United States Department of Justice
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
Telephone no. (901) 544-3251
Direct telephone no. (901) 544-3486
Facsimile no. (901) 544-4138


JOAN S. SWYERS (licensed by Maryland)
Trial Attorney
Admitted *pro hac vice*
United States Department of Justice
Executive Office for United States Trustees
20 Massachusetts Avenue, N.W., Eighth Floor
Washington, D.C. 20530
Telephone no. (202) 305-8745

 */s/   Amanda B. George*
AMANDA B. GEORGE (LA #31642)
Trial Attorney
Office of the United States Trustee
United States Department of Justice
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Facsimile no. (504) 589-4096
Amanda.B.George@usdoj.gov

2