UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

RON WILSON,
LaRHONDA WILSON,

DEBTORS.

CIVIL ACTION NO. 12-1256
JUDGE MARTIN L.C. FELDMAN

SECTION "F"

MAG.: JOSEPH C. WILKINSON, JR.

BANKRUPTCY CASE NO. 07-11682
CHAPTER 13

### CONSENT JUDGMENT CONCERNING MOTION FOR SANCTIONS

This matter came before the Court upon the consent between Henry G. Hobbs, Jr., the Acting United States Trustee for Region 5 (the "United States Trustee") and Lender Processing Services, Inc. ("LPS"); and upon the entire record herein. The parties agree, and the Court finds and orders that:

1. The United States Trustee filed his Motion for Sanctions on May 21, 2010, against LPS in In re Wilson, Dkt. No. 07-11862 (Bankr. E.D. La.). On April 6, 2011, the bankruptcy court issued a Memorandum Opinion granting the Motion for Sanctions.

2. On April 4, 2012, the bankruptcy court issued its "Referral Concerning Order to Show Cause to the District Court" (the "Referral").

3. On April 20, 2012, the Court dismissed the bankruptcy court's Referral.

4. On May 11, 2012, LPS filed a Motion to Withdraw the Reference which was granted by the Court on July 5, 2012.

5. Within 15 days from the entry of this Consent Judgment, LPS shall pay to the United States Trustee his attorneys' fees and costs in a total amount of $234,159.09 to compensate the United States Trustee for the attorneys' fees and costs spent litigating the Motion for Sanctions.

6. This Consent Judgment is a final Judgment under Federal Rule of Civil Procedure 58 against LPS and in favor of the United States Trustee in the amount of $234,159.09.

1

7. As part of the resolution, both parties waive any and all rights to appeal any and all orders of this Court in the above-captioned case and the United States Bankruptcy Court for the Eastern District of Louisiana in docket number 07-11862.

8. Notwithstanding any other term of this Consent Judgment, the criminal enforcement of state or federal laws are hereby not released and are specifically reserved.

9. Both parties agree to the terms of this Consent Judgment as full and final satisfaction of the United States Trustee's Motion for Sanctions.

SO ORDERED this ___4th___ day of ___Feb.___, 2013.

/s/ _____
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

| FOR LENDER PROCESSING SERVICES, INC.<br><br>/s/ _____<br>R. PATRICK VANCE<br>Jones, Walker, Waechter, Poitevent, Carrere and Denègre, LLP<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, Louisiana 70170-5100<br>Tel: (504) 582-8194<br>pvance@joneswalker.com<br>(La. Bar # 13008)<br>Attorneys for Lender Processing Services, Inc. | FOR MOVANT<br>Henry G. Hobbs, Jr.<br>Acting United States Trustee, Region 5<br><br>Henry G. Hobbs, Jr.<br>Acting United States Trustee, Region 5<br>United States Department of Justice<br>Office of the United States Trustee<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130<br>Tel: (504) 589-4018<br><br>/s/ _____<br>SEAN M. HAYNES<br>L.R. 11.2 Trial Attorney<br>Tennessee Bar No. 14881<br>United States Department of Justice<br>Office of the United States Trustee<br>200 Jefferson Avenue, Suite 400<br>Memphis, Tennessee 38103<br>Sean.M.Haynes@usdoj.gov |